**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hyundai Motor Manufacturing Inc
c/o Greg Kimball
700 Hyundai Blvd
Montgomery, AL  36105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Victor Denert                      10/3/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☑ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0100 0003 2051 6009

102595-02-M-1540

PS Form 3811, February 2004      Domestic Return Receipt