IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY SMITH,** | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: |
| **HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,** | 2:06-cv-966-ID |
| Defendants. | |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on November 30, 2006, via telephone between counsel for the plaintiff and counsel for the defendant.

Appearing on behalf of plaintiff:

 Janice Spears-Turk
 LAW OFFICE OF J. D. SPEARS TURK
 2735 Office Park Circle
 Montgomery, Alabama 36116-1143

Appearing on behalf of defendant:

 Brian R. Bostick
 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
 One Federal Place, Suite 1000
 1819 5th Avenue North
 Birmingham, Alabama 35203

2. <u>Pre-Discovery Disclosures</u>:

The information required by Local Rule 26.1(a)(1) should be disclosed on or before January 10, 2007.

3. <u>Discovery Plan</u>:

The parties jointly propose to the Court the following discovery plan:

      a.    Discovery will be needed on plaintiff's claims and alleged damages, and defendants' asserted defenses.

      b.    All discovery must be commenced in time to be completed by November 1, 2007.

Depositions:

Maximum of 7 depositions for each party with a maximum time limit of 6 hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of 25 by each party, with responses due within 30 days after service.

Request for Admissions:

Maximum of 25 by each party, with responses due within 30 days after service.

Request for Production:

Maximum of 25 by each party, with responses due within 30 days after service.

Expert Testimony:

Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a compete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert - are due:

    From the plaintiff on or before June 1, 2007.
    From the defendant on or before September 1, 2007.

Supplementation:

Supplementations under Rule 26(e), Fed. R. Civ. P., within a reasonable period of time after discovery of such information.

4.    Other Items:

      a.    The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

  b. The parties request a pre-trial conference at some point after all dispositive motions have been ruled upon.

  c. The plaintiff shall have until January 15, 2007, to amend the pleadings or add parties. The defendant shall have until February 15, 2007, to amend the pleadings or add parties.

  d. All potentially dispositive motions must be filed by October 1, 2007.

  e. Settlement cannot be evaluated prior to conducting some initial discovery.

  f. Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed by the plaintiff on or before 45 days before trial, and by the defendant on or before 30 days before trial. Objections are to be filed and served within 15 days after receipt of final lists.

  g. The parties request that this case be scheduled for trial on the docket set for January 28, 2008. Trial is expected to last approximately 2-3 days.

Respectfully submitted this 30th day November, 2006.

ONE OF THE ATTORNEYS FOR PLAINTIFF:

s/ Janice Spears-Turk
Janice Spears-Turk
LAW OFFICES OF J. D. SPEARS-TURK
2735 Office Park Circle
Montgomery, Alabama 36116-1143

ONE OF THE ATTORNEYS FOR DEFENDANT:

s/ Brian R. Bostick
Brian R. Bostick
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C. One
Federal Place, Suite 1000 1819 5th
Avenue North
Birmingham, AL 35203