IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY SMITH | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2:06-cv-996-ID-SRW |
| | § | |
| v. | § | |
| | § | |
| HYUNDAI MOTER MANUFACTURING, INC. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF PARTIES' FACE TO FACE SETTLEMENT CONFERENCE

**COMES NOW** Plaintiff by and through his attorney, Kathryn Dickey, and files this Notice of the Parties' Face To Face Settlement Conference held on the 20th day of November 2007, pursuant to this Honorable Court's Uniform Scheduling Order. Present at the settlement conference were Kathryn Dickey and Brian Bostick.

The parties were unable to reach a resolution at this time. The parties do not believe that mediation would be beneficial.

Respectfully submitted this 30th day of November 2007.

　　　　　　　　　　　　　　　　　　　/s/ Kathryn Dickey
　　　　　　　　　　　　　　　　　　　Kathryn Dickey (DIC025)
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**OF COUNSEL:**
**KATHRYN DICKEY**
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696   fax

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Honorable Brian Bostick

                                                 /s/ Kathryn Dickey_____
                                               OF COUNSEL