IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY SMITH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:06-CV-0966-ID |
| | ) |
| HYUNDAI MOTOR | ) |
| MANUFACTURING, LLC, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

It is CONSIDERED and ORDERED that the trial of this cause, presently set on March 31, 2008, be and the same is hereby CONTINUED to the term of court commencing on June 23, 2008, in Montgomery, Alabama.

It is further CONSIDERED and ORDERED that the pretrial hearing of this cause, presently set on February 26, 2008, is hereby CANCELLED and CONTINUED until further order of the court.

The deadlines in sections 9, 10, 11, 13 and 14 of the Uniform Scheduling Order (Doc. No. 7) are adjusted to conform with the new trial date. Otherwise, the deadlines in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 25th day of February, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE