IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY SMITH** | § | |
| | § | |
| Plaintiff, | § | CASE NO. 2:06-cv-966-ID |
| | § | |
| v. | § | |
| | § | |
| **HYUNDAI MOTER MANUFACTURING, INC.** | § | |
| | § | |
| Defendant. | § | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Plaintiff in the above-captioned matter, and pursuant to this Court's order entered on February 26, 2008, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and has no affiliations with reportable entities.

Respectfully submitted this 5th day of March 2008.

/s/ Kathryn Dickey
Kathryn Dickey (ASB87970d57k)
Attorney for Plaintiff

OF COUNSEL:
LAW OFFICES OF KATHRY DICKEY
322 Alabama Street, Suite B
Montgomery, AL 36104
(334) 262-0728
(334)265-7696 fax

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following: Honorable Brian Bostick

                                              /s/ Kathryn Dickey
                                              OF COUNSEL